

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00384-CR

Juan **SANCHEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR11560
Honorable Jennifer Peña, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 31, 2024.

_____
Beth Watkins, Justice